UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 10-54827-WSD
Tyneshia M Trinity  CHAPTER 13 PROCEEDINGS
  HON. WALTER SHAPERO.DETROIT

_____Debtor_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| TYNESHIA M TRINITY<br>70 FOREST ST.<br>PONTIAC, MI 48342-0000<br>SSN: XXX-XX-8592 | N/A | N/A | DEBTOR REFUND | 1337176 | 1/28/11 | $ 3,832.46 |

DATED: February 17, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

1054827  00000  017414  1337176
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

Date: 01/28/2011　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Check No: 1337176
Payee: CLERK OF US BANKRUPTCY COURT

| 1054827 | Tyneshia M Trinity | | | 3,832.46 | 0.00 | 3,832.46 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.　　CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY　　　　OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT　　64-79　　CHECK NO. **1337176**
　　TRUSTEE　　　　　　　　　535 Griswold St, Ste 111-615　　　　　　　　611
　　　　　　　　　　　　　　　　　Detroit, MI 48226　　　　　　　　　　　　　SunTrust Bank
　　　　　　　　　　　　　　　　　(313)967-9857

**FOR**　Tyneshia M Trinity　　　　　　　　　　　　　　　　　　　　DATE  Jan 28, 2011
　　　　BK:1054827  ACCT:　　　　　　　　　　　　　　　　　　　　　　AMOUNT
　　　　PRIN:　3,832.46　INT:　　0.00　　　　　　　　　　　　　　　******3,832.46

**PAY**　**3,832.46**
　　　　Three Thousand Eight Hundred Thirty-Two And 46 / 100 Dollars

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　THIS IS A POSITIVE PAY ACCOUNT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TRUST ACCOUNT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　VOID OVER $3,832.46
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　VOID 90 DAYS AFTER DATE

**TO THE ORDER OF**　CLERK OF US BANKRUPTCY COURT
　　　　　　　　　　% DAVID BOICE/ UNCLAIMED
　　　　　　　　　　211 W FORT ST
　　　　　　　　　　DETROIT, MI 48226

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Tammy L. Terry*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 10-54827-WSD
Tyneshia M Trinity  CHAPTER 13 PROCEEDINGS
  HON. WALTER SHAPERO.DETROIT

_____ Debtor

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**John A. Steinberger**
**17515 W. 9 Mile Road**
**Suite 420**
**Southfield, MI 48075**

**Last Known Address for Debtor:**

**TYNESHIA M TRINITY**
**70 FOREST ST.**
**PONTIAC, MI 48342**

DATED: February 17, 2011  /s/ TAMMY L. TERRY
  TAMMY L. TERRY, STANDING
  CHAPTER 13 TRUSTEE
  535 GRISWOLD
  SUITE 2100
  DETROIT, MI 48226